IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LADON TERRY-GRAHAM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 17-1091-LPS |
| | : | |
| ATLANTIC LAW GROUP, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 3rd day of October, 2017,

IT IS ORDERED that:

On August 9, 2017, the Court denied Plaintiff's request to proceed *in forma pauperis* and ordered payment of the filing fee in full within thirty days from the date of the Order. (D.I. 4) Plaintiff was advised that failure to comply with the Order would result in dismissal of the case.

The time has lapsed and Plaintiff has failed to comply with the August 9, 2017 Order. Therefore, the action is DISMISSED without prejudice. The Clerk of Court is directed to CLOSE the case.

_____
UNITED STATES DISTRICT JUDGE